## Luis RAMIREZ–RODRIGUEZ, Petitioner,

### v.

## Eric H. HOLDER Jr., Attorney General, Respondent.

### No. 07–70059.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 26, 2010.

John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

Carol Federighi, Esquire, Senior Litigation Counsel, Eric Warren Marsteller, Esquire, Trial, Oil, Song Park, M. Jocelyn Lopez Wright, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Le-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

fevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Luis Ramirez–Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Morales–Alegria v. Gonzales*, 449 F.3d 1051, 1053 (9th Cir.2006), and due process claims, *Sanchez–Cruz v. INS*, 255 F.3d 775, 779 (9th Cir.2001). We deny in part and dismiss in part the petition for review.

Ramirez–Rodriguez's contention that a conviction under Cal.Penal Code § 422 does not categorically constitute a crime of violence is foreclosed by *Rosales–Rosales v. Ashcroft*, 347 F.3d 714, 717 (9th Cir. 2003).

Ramirez–Rodriguez's contention that the IJ violated his due process rights by refusing to continue his immigration proceedings fails because he did not establish good cause for a continuance. *See* 8 C.F.R. § 1003.29; *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error for a due process violation).

We lack jurisdiction to consider Ramirez–Rodriguez's remaining contentions because he failed to exhaust them before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-